COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                                    SUPERIOR COURT
                                                                C.A. NO. 05-378

                                                                CA 05-30096-KPN

DENNIS COLEMON,
    Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.,
    Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), defendant Kawasaki Motors Corp., U.S.A. hereby gives notice to the Superior Court of Hamden County, Massachusetts and to Carolyn L. McCaffrey, Esq., attorney for plaintiff, that defendant has filed a Notice of Removal, thereby removing the above-captioned action to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached to this Notice.

                                        Defendant,
                                        Kawasaki Motors Corp., USA.
                                        By its attorneys,


                                        _____
                                        Peter M. Durney/BBO # 139260
                                        Gregg P. Bailey, BBO # 648259
                                        CORNELL & GOLLUB
                                        75 Federal Street
                                        Boston, MA 02110
                                        TEL: (617) 482-8100
                                        FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Kawasaki Motor Corp. USA, hereby certify that on the 25th day of April, 2005, a true copy of the foregoing, Notice of Filing Notice of Removal, was served by mail, postage prepaid, directed to:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA 01103

_____
Gregg P. Bailey