UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30096-KPN

DENNIS COLEMON,
　　　　　　Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.
　　　　　　Defendant.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

　　　　In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant, Kawasaki Motors Corp., U.S.A., in the above-referenced matter.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　Kawasaki Motors Corp., U.S.A.,
　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　Gregg P. Bailey, BBO # 648259
　　　　　　　　　　　　CORNELL & GOLLUB
　　　　　　　　　　　　75 Federal Street
　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　TEL:  (617) 482-8100
　　　　　　　　　　　　FAX: (617) 482-3917

CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Kawasaki Motors Corp., U.S.A., hereby certify that on the 25ᵗʰ day of April, 2005, a true copy of the foregoing, Notice of Appearance, was served by mail, postage prepaid, directed to:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103

_____
Gregg P. Bailey

2