UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30096-KPN

DENNIS COLEMON,
    Plaintiff,

v.

KAWASAKI MOTORS CORP., USA
    Defendant.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant, Kawasaki Motors Corp., U.S.A., in the above-referenced matter.

Respectfully submitted,

Defendant,
Kawasaki Motors Corp., U.S.A.,
By its attorney,

_____
Anthony J. Manhart, BBO # 657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

    I, Gregg P. Bailey, attorney for the defendant, Kawasaki Motors Corp., USA, hereby certify that on the _25th_ day of April, 2005, a true copy of the foregoing, Notice of Appearance, was served by mail, postage prepaid, directed to:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103

                                                    Gregg P. Bailey