UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

~~FILED~~
~~CLERK'S~~

CIVIL ACTION NO.: *05 30096 - KPN*
~~U.S. DISTRICT CO~~

DENNIS COLEMON,
            Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.
            Defendant.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

        In accordance with Local Rule 83.5.2, please enter my appearance as attorney for

defendant, Kawasaki Motors Corp., U.S.A., in the above-referenced matter.

                                        Respectfully submitted,


                                        Defendant,
                                        Kawasaki Motors Corp., U.S.A.,
                                        By its attorney,


                                        _____
                                        Peter M. Durney, BBO # 139260
                                        CORNELL & GOLLUB
                                        75 Federal Street
                                        Boston, MA  02110
                                        TEL:  (617) 482-8100
                                        FAX: (617) 482-3917

CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Kawasaki Motors Corp., U.S.A., hereby certify that on the 25ᵗʰ day of April, 2005, a true copy of the foregoing, Notice of Appearance, was served by mail, postage prepaid, directed to:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103


_____
Gregg P. Bailey