UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30096-MW

DENNIS COLEMON,
    Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.
    Defendant.

### DEFENDANT KAWASAKI MOTORS CORP., U.S.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Kawasaki Motors Corp., U.S.A. states that it is a wholly owned subsidiary of Kawasaki Heavy Industries, Ltd., which owns more than ten (10) percent of its stock.

        Defendant,
        Kawasaki Motors Corp., U.S.A.
        By its attorneys,

        Peter M. Durney, BBO # 139260
        Gregg P. Bailey, BBO # 648259
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA 02110
        TEL: (617) 482-8100
        FAX: (617) 482-3917

### CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Kawasaki Motors Corp., USA, hereby certify that on the 25th day of April, 2005, a true copy of the foregoing Defendant Kawasaki Motors Corp., U.S.A.'s Corporate Disclosure Statement was served by mail, postage prepaid, directed to:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103

_____
Gregg P. Bailey