UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS COLEMON,            )
          Plaintiff    )
                      )
v.                         )    Civil Action No.  05-30096-KPN
                      )
                      )
KAWASAKI MOTORS CORP., U.S.A.,    )
          Defendant    )

SCHEDULING ORDER
June 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by June 18, 2005.

2. Plaintiff shall provide all medical records to Defendant by June 30, 2005.

3. All written discovery shall be served by September 2, 2005.

4. Non-expert depositions shall be completed by February 1, 2006.

5. Counsel shall appear for a case management conference on February 2, 2006, at 11:00 a.m. in Courtroom Three.

6. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 1, 2006, and depositions of those experts shall be completed by May 1, 2006.

7. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 3, 2006, and

depositions of those experts shall be completed by July 7, 2006.

IT IS SO ORDERED.

DATED: June 8, 2005

                                                   /s/ Kenneth P. Neiman  
                                                  KENNETH P. NEIMAN  
                                                  U.S. Magistrate Judge

Case 3:05-cv-30096-KPN   Document 12   Filed 06/08/2005   Page 2 of 2