UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 3:05-CV-30096-KPN

DENNIS COLEMON,
    Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.
    Defendant.



## LOCAL RULE 16.1(D)(3) CERTIFICATION OF KAWASAKI MOTORS CORP., U.S.A.

Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant Kawaski Motors Corp., U.S.A., through its authorized representative, certifies that it has conferred with undersigned counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

_____
Spencer Scott, Esq.
Kawasaki Motors Corp., U.S.A.
9950 Jeronimo Road
Irvine, CA 92618

_____
Kawasaki Motors Corp., U.S.A.
By Its Attorneys,
Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO# 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110