UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CIVIL ACTION NO.:

DENNIS COLEMON,
    Plaintiff,

v.

KAWASAKI MOTORS CORP., USA
    Defendant.

### NOTICE OF WITHDRAWAL OF APPEARANCE

To The Clerk Of The Above Named Court:

Please withdraw my appearance as attorney for defendant, Kawasaki Motors Corp., U.S.A., in the above-referenced matter. Attorneys Peter M. Durney and Gregg P. Bailey will continue to represent Kawasaki Motors Corp., U.S.A., in this matter.

Anthony J. Manhart, BBO # 657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917

### CERTIFICATE OF SERVICE

I, Anthony J. Manhart, hereby certify that on the 14th day of July, 2005, a true copy of the foregoing, Notice of Withdrawal of Appearance, was served by mail, postage prepaid, directed to:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103

_____
Anthony J. Manhart