UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-30096-KPN

DENNIS COLEMON,
           Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.,
           Defendant

## STIPULATION OF DISMISSAL AS TO COUNT III OF PLAINTIFF'S COMPLAINT

Pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, the parties herein have stipulated that Count III of Plaintiff's Complaint be dismissed with prejudice.

THE PLAINTIFF,
By his attorney,

*/s/ Carolyn L. McCaffrey*
Carolyn L. McCaffrey, Esq.
BBO #646810
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA 01103
(413) 732-2825
Fax (413) 732-3346

THE DEFENDANT,
By its attorney,

*/s/ Gregg P. Bailey (w/perm.)*
Gregg P. Bailey, Esq.
BBO #648259
Cornell & Gollub
75 Federal Street
Boston, MA 02110
(617) 482-8100
Fax (617) 482-3917