UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS COLEMON,                        )
                Plaintiff       )
                                )
v.                                     )    Civil Action No. 05-30096-KPN
                                )
                                )
                                )
KAWASAKI MOTORS CORP., U.S.A.,         )
                Defendant     )

FURTHER SCHEDULING ORDER
July 12, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 15, 2006.

2. Defendant shall designate and disclose rebuttal expert information by September 15, 2006.

3. All expert depositions shall be completed by October 20, 2006.

4. Trial shall commence on February 5, 2007, at 9:00 a.m. Counsel shall appear for a final pretrial conference on January 18, 2007, at 11:00 a.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: July 12, 2006

                                                /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                Chief Magistrate Judge

Case 3:05-cv-30096-KPN   Document 17   Filed 07/12/2006   Page 2 of 2