UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 3:05-CV-30096-KPN

DENNIS COLEMON,
Plaintiff,

v.

KAWASAKI MOTORS CORP., U.S.A.
Defendant.

## STIPULATION OF DISMISSAL

Plaintiff, Dennis Colemon, and Defendant, Kawasaki Motors Corp., U.S.A., hereby agree

and stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action

be dismissed with prejudice and without costs to any party.

Plaintiff,
Dennis Colemon
By his attorney,

Carolyn L. McCaffrey, Esq., BBO # 646810
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103
TEL: (413) 732-2825
FAX: (413) 732-3346

Defendant,
Kawasaki Motors Corp., USA,
By its attorneys,

Peter M. Durney, BBO # 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110
TEL: (617) 482-8100
FAX: (617) 482-3917

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Kawasaki Motors Corp., U.S.A., hereby certify that on the 19th day of December, 2006, a true copy of the foregoing, Stipulation of Dismissal, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant, including:

Carolyn L. McCaffrey, Esq.
Frank P. Fitzgerald, P.C.
1391 Main Street, Suite 600
Springfield, MA  01103

/S/     Gregg P. Bailey_____
Gregg P. Bailey

2